UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAGALI VILLARREAL, *individually and on behalf of the estate of JA1, deceased, and as next friend of JA2, a minor,* | § § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:20-cv-2980-x |
| v. | § § | |
| NAVISTAR, INC., NAVISTAR INTERNATIONAL CORPORATION, IC BUS, LLC, and IC BUS OF OKLAHOMA, LLC, | § § § § § § | |
| *Defendants/Third-Party Plaintiffs,* | § § § | |
| v. | § § | |
| HENDRICKSON SPRING MEXICO S de R.L. de C.V., DANA LIMITED, RENAISSANCE MANUFACTURING GROUP-WAUKESHA, LLC, and MCCOY BOLTWORKS, LLC, | § § § § § § | |
| *Third-Party Defendants.* | § § § | |

## ORDER

The Court **DENIES** Third-Party Defendant Renaissance Manufacturing Group-Waukesha, LLC's motion to dismiss.  (Doc. 116).

**IT IS SO ORDERED** this 9th day of January, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1