# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MAGALI VILLARREAL,<br>Individually and on Behalf of the<br>Estate of JA1, Deceased, and as<br>Next Friend of JA2, a minor,<br><br>    Plaintiff,<br><br>V.<br><br>NAVISTAR, INC., NAVISTAR<br>INTERNATIONAL CORPORATION,<br>IC BUS, LLC, and<br>IC BUS OF OKLAHOMA, LLC<br><br>    Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 3:20-cv-2980-X |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE AGREED ORDER OR JOINT REPORT SET BY DOC 137

The Court has considered the **Joint Report and Motion for Extension of Time to File Joint Report** set by Order [Doc 137].

In considering the pleadings, nature of the controversy, and procedural history of the case, the Court is of the opinion **Motion for Extension of Time to File Agreed Order or Joint Report** should be **GRANTED** as noted below. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** the deadline to file **Agreed Order or Joint Report** set by Order [Doc 137] is extended to **January 29, 2024**.

SIGNED this 22d day of January, 2024.

_____
**HONORABLE JUDGE PRESIDING**